IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ROBERT HARDEN, | |
|---|---|
| Petitioner, | 8:19CV492 |
| vs. | |
| STATE OF NEBRASKA, DOUG PETERSON, Attorney General; SCOTT FRAKES, Director of the Nebraska Department of Corrections; and TODD WASMER, Warden of Tecumseh States Correctional Institute; | MEMORANDUM AND ORDER |
| Respondents. | |

This matter is before the court on Petitioner's Motion for Leave to Proceed in Forma Pauperis ("IFP"). ([Filing No. 4](#).) Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. [28 U.S.C. § 1914(a)](#). As indicated in the court's records, Petitioner has paid the $5.00 fee. Accordingly,

IT IS ORDERED that Petitioner's Motion for Leave to Proceed IFP ([filing no. 4](#)) is denied as moot. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The court will conduct this review in its normal course of business.

Dated this 5th day of December, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge